# LAW OFFICES OF WILLIAM CAFARO

**William Cafaro, Esq.**
ADMITTED IN NY, CA, MD & TX

37-31 76th Street, 3rd Floor
Jackson Heights, New York 11372
Telephone: 718.457.7900
Facsimile: 718.457.8400
Email: bcafaro@cafaroesq.com

Steven M. Pivovar, Esq.
Of Counsel
Email: spivovar@cafaroesq.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/19/07

July 16, 2007

Hon. Shira Scheindlin
United States District Court of
The State of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Rm 1620
New York, NY 10007

Re:   Enriqueta Mera v. Bertha Santiago, et al.
      Civil No.: 07 CV 6069

Your Honor:

I acknowledge receipt of your order directing the initial conference in the above referenced case. In light of the fact that I am not yet in receipt of an answer from the defendant, I respectfully request an adjournment of approximately 60 days of the initial conference. Our process server was unable to effect personal or substituted service on the defendant, and "nail and mail" service is currently being effected. Since such service is not even technically complete for 20 days after the filing of the affidavit of service, it would appear that such an adjournment would be expedient to avoid a further application, however, needless to say, I will comply with whatever your honor may direct.

Respectfully,
Law Office of William Cafaro

William Cafaro
(WC 2730)
Attorney for Plaintiff

Cc:   Bertha Santiago, Defendant
      1717 Filmore St., Bronx, NY 10460; and
      602 Baker Ave., Bronx, NY 10460

*Request granted. Conference adjourned to September 28 at 2:30. So Ordered: [signature] USDJ 7/19/07*