# AFFIDAVIT OF SERVICE

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Case Number: 07 CV 6069

ENRIQUETA MERA,

                              *Plaintiff(s),*

-against-

BERTHA SANTIAGO, Individually and as the Prospective of the Estate of LUIS SANTIAGO, Deceased,

                              *Defendant(s),*

State of New York)
County of New York)    ss.:

**Roberto Reyes**, being duly sworn deposes and says:

I am not a party to the action, am over 18 years of age and resides in New York County in the State of New York

I, by personally affixing a true copy of a **Civil Cover Sheet, Summons In A Civil Action and Complaint** to the **Brown door identifying the address of 1717 Filmore Street, Bronx, New York** of said premises, which is the Recipient's place of business/dwelling house/usual place of abode within the state. Deponent was unable, with due diligence to find the defendant and/or a person of suitable age and discretion, thereat, having called there on **July 27, 2007 at 11:25am, July 28, 2007 at 8:13pm and lastly on August 3, 2007 at 8:00pm.**

**MAILING:** Deponent enclosed copies of same in postpaid wrapper properly addressed to defendant **Bertha Santiago** actual place of business/dwelling house/usual place of abode at **1717 Filmore Street, Bronx, New York and** deposited said wrapper in a post office or official depository under exclusive care and custody of the United States Postal Service within New York State on **August 6th, 2007** by **Regular First Class Mail** in an envelope marked **Personal & Confidential**.

Sworn to me on Friday, August 10, 2007

_____
LEKWAN ROBINSON
Commissioner of Deeds
City of New York - No. 2-12905
Certificate Filed in Kings County
Commission Expires OCT 1, 20__

_____
Process Server Signature

700150
License Number