LSK&D #: 999-MERA / 921635
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ENRIQUETA MERA,

                         Plaintiff,

-against-

BERTHA SANTIAGO, Individually and as the
Prospective Fiduciary of the Estate of LUIS
SANTIAGO, Deceased,

                         Defendant.
-----------------------------------------------------------------x

Index No.: 07 CV 6069

**FEDERAL SDNY STATEMENT PURSUANT TO FED. R. CIV. P. 7.1**

Defendant BERTHA SANTIAGO, Individually and as the Prospective Fiduciary of the Estate of LUIS SANTIAGO, Deceased, her its attorneys, LESTER SCHWAB KATZ & DWYER, LLP, to enable judges and magistrates of the court to evaluate possible disqualification or recusal, identifies the following corporate parents, subsidiaries or affiliates which are publicly held:

    NONE.

Dated:    New York, New York
            September 19, 2007

                         Yours, etc.

                         LESTER SCHWAB KATZ & DWYER, LLP

                         _____/S/_____
                         Noah Katz (6339)
                         Attorneys for Defendant
                         BERTHA SANTIAGO, Individually and as the
                         Prospective Fiduciary of the Estate of LUIS
                         SANTIAGO, Deceased
                         120 Broadway
                         New York, New York 10271
                         (212) 964-6611

TO:

William Cafaro, Esq. (WC 2730)
LAW OFFICES OF WILLIAM CAFARO
37-31 76th Street, 3rd Floor
Jackson Heights, NY 11372
(718) 457-7900

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
ENRIQUETA MERA,

                            Plaintiff,

         -against-

BERTHA SANTIAGO, Individually and as the
Prospective Fiduciary of the Estate of LUIS
SANTIAGO, Deceased,

                           Defendant.
-----------------------------------------------------------x

**Index No.: 07 CV 6069**

**FEDERAL SDNY
STATEMENT PURSUANT
TO FED. R. CIV. P. 7.1**

LESTER SCHWAB KATZ & DWYER, LLP

**ATTORNEYS FOR**    **Defendant
BERTHA SANTIAGO, INDIVIDUALLY AND
AS THE PROSPECTIVE FIDUCIARY OF THE
ESTATE OF LUIS SANTIAGO, DECEASED**

120 BROADWAY
NEW YORK, N.Y. 10271-0071
(212) 964-6611
FAX: (212) 267-5916