UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------X

Enriqueta Mera

          Plaintiff,    :

    - against -    :

Bertha Santiago

          Defendant(s).  :

------------------------------X

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 9/28/07 |

**SCHEDULING ORDER**

07 Civ 6069 (SAS)

**Conference Date:**

9/28/07

SHIRA A. SCHEINDLIN, U.S.D.J.:

    WHEREAS, the Court issued an Order for a Conference in accordance with Fed. R. Civ. P. 16(b) on _____ (the "Order"); and

    WHEREAS, the Order requires that the parties jointly prepare and sign a proposed scheduling order containing certain information;

    NOW, THEREFORE, the parties hereby submit the following information as required by the Order:

(1) the date of the conference and the appearances for the parties;

    9/28/07 - William Cafaro for Plaintiff
    - Josh Zimring for Defendant

(2) a concise statement of the issues as they then appear;

    i) The source of the ignition of the fire;
    ii) The question of decedent's negligence and/or comparative negligence of Plaintiff; extent and scope of injuries.

(3) a schedule including:

(a) the names of persons to be deposed and a schedule of planned depositions;

    Deposition of plaintiff 11/19/07
    Deposition of Bertha Santiago 12/3/07

(b) a schedule for the production of documents;

    All party document disclosure to be completed by 11/12

Non-party dps by 2/28/07

(c) dates by which (i) each expert's reports will be supplied to the adverse side and (ii) each expert's deposition will be completed;

    Plaintiff's expert to be served by 3/30/08
    Defendant's expert report to be served by 4/30/08
    6/30/08

(d) time when discovery is to be completed;

    ~~9/30/08~~ 6/30/08

(e) the date by which plaintiff will supply its pre-trial order matters to defendant;

*10/15/08*  *7/14/08*

(f) the date by which the parties will submit a pre-trial order in a form conforming with the Court's instructions together with trial briefs and either (1) proposed findings of fact and conclusions of law for a non-jury trial, or (2) proposed voir dire questions and proposed jury instructions, for a jury trial; and

*11/15/08*  *7/31/08*

(g) a space for the date for a final pre-trial conference pursuant to Fed. R. Civ. P. 16(d), to be filled in by the Court at the conference.

*March 19, 2008 at 4:30* _____ (leave blank)

(4) a statement of any limitations to be placed on discovery, including any protective or confidentiality orders;

*NONE AT THIS TIME*

(5) a statement of those discovery issues, if any, on which counsel, after a good faith effort, were unable to reach an agreement;

*NONE AT THIS TIME*

(6) anticipated fields of expert testimony, if any;

*FIRE EXPERTS AND BURN DOCTORS*

(7) anticipated length of trial and whether to court or jury;

*5 DAYS - JURY*

(8) a statement that the Scheduling Order may be altered or amended only on a showing of good cause not foreseeable at the time of the conference of when justice so requires;

(9) names, addresses, phone numbers and signatures of counsel;

*William Cafaro  
Atty for Plaintiff  
641 Lexington Ave.  
NY NY 10022  
212-583-7400*

*Joshua Zimring  
Lester Schwab Katz Dwyer  
Attorneys for Defendant  
120 Broadway  
NY NY 10271  
212-967-6611*

SO ORDERED:

*/s/ Shira A. Scheindlin  9/28/07*

SHIRA A. SCHEINDLIN  
U.S.D.J.