UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

ENRIQUETA MERA,                                          :

            Plaintiff,                         :

       -against-                              :

BERTHA SANTIAGO, Individually and as the     :
Prospective Fiduciary of the Estate of LUIS SANTIAGO,
Deceased,                                                :

          Defendant.                       :
------------------------------------------------------------------X

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: _10/04/07_ |

**ORDER**

07 Civ. 6069 (SAS)(KNF)

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

      IT IS HEREBY ORDERED that:

(1)    a settlement conference shall be held in the above-captioned action on June 2,
2008, at 10:30 a.m., in courtroom 20A, 500 Pearl St., New York, New York;

(2)    the parties shall review the Settlement Procedures under which the conference
will be conducted, in particular the attendance and pre-conference submission
requirements specified in paragraphs three and six of the Procedures. The
Settlement Procedures may be accessed on the Court's website at:
http://www1.nysd.uscourts.gov/judge_info.php?id=63; and

(3)    at least ten days prior to the above-noted settlement conference, the parties shall
confer, in person or by telephone, to engage in good-faith settlement negotiations.
Should the parties resolve the litigation prior to the settlement conference, the
parties shall notify the undersigned, in writing, expeditiously.

Dated: New York, New York
      October 3, 2007

SO ORDERED:

_Kevin Nathaniel Fox_

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE