UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ENRIQUETA MERA,

    Plaintiffs,

-against-

BERTHA SANTIAGO, Individually and as the Prospective Fiduciary of the Estate of LUIS SANTIAGO, Deceased,

    Defendant.

---

INDEX NO. 1:07-cv-06069

NOTICE OF CHANGE OF ADDRESS

**COUNSELORS:**

    **PLEASE TAKE NOTICE**, that effective December 1, 2007, the undersigned will relocate to the following address, telephone and facsimile. Please address all future pleadings and correspondence as follows:

> LAW OFFICE OF WILLIAM CAFARO
> 19 West 44th Street, Suite 1500
> New York, New York 10036
> (212) 583-7400
> (212) 583-7401 (Fax)

    Kindly mark your files accordingly. Thank you for your kind attention to this. In the event of your failure to make this address correction, plaintiff will ask the Court to assume our non-receipt of all notices and other documents sent to the old address after the effective date of the move.

Dated: New York, New York
       November 19, 2007

                      By: William Cafaro
                      LAW OFFICES OF WILLIAM CAFARO
                      Attorneys for Plaintiff
                      641 Lexington Avenue, 20th Floor
                      New York, New York 10022
                      (212) 583-7400

Lester, Schwab, Katz & Dwyer
120 Broadway, 38th Floor
New York, New York 10271-0071

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
_____ INDEX NO. 1:07-cv-06069
ENRIQUETA MERA,

       Plaintiffs.                                             **AFFIDAVIT OF MAIL SERVICE**

       -against-

BERTHA SANTIAGO, Individually and as the
ProspectiveFiduciary of the Estate of LUIS SANTIAGO,
Deceased,

       Defendant.
_____

STATE OF NEW YORK
COUNTY OF NEW YORK

    Zachariah R. Dunlap, being duly sworn, says:

    I am not a party to the action; I reside at Edison, NJ, and I am over 18 years of age.

    On November 19, 2007, I served the within NOTICE OF CHANGE OF ADDRESS by depositing a true copy thereof, enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the United States Postal Service within New York State, addressed to the following at the last known address set forth below together with Certificate of mailing:

    Lester, Schwab, Katz & Dwyer
    120 Broadway, 38th Floor
    New York, New York 10271-0071

Sworn to before me
on November 19, 2007

_____
NOTARY PUBLIC

                  _____
                  ZACHARIAH R. DUNLAP

WILLIAM CAFARO
Notary Public, State of New York
No. 31-4869936
Qualified in New York County
Commission Expires Jan. 22, 2010

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENRIQUETA MERA,

                Plaintiffs,

    -against-

BERTHA SANTIAGO, Individually and as the Prospective Fiduciary of the Estate of LUIS SANTIAGO, Deceased,

                Defendant.

### NOTICE OF CHANGE OF ADDRESS

**LAW OFFICES OF WILLIAM CAFARO**
Attorneys for Plaintiff
641 Lexington Avenue, 20th Floor
New York, New York 10022
(212) 583-7400