# LAW OFFICES OF WILLIAM CAFARO

*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX

19 West 44th Street, Suite 1500
New York, New York 10036
Telephone: 212.583.7400
Facsimile: 212.583.7401
Email: bcafaro@cafaroesq.com

*Steven M. Pivovar*
*Of Counsel*
Email: spivovar@cafaroesq.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/17/08

RECD
CHAMBERS
MAR 17 2008
JUDGE SCH.

March 17, 2008

<u>By Facsimile to (212) 805-7920</u>
Hon. Shira Scheindlin
United States District Court
Southern District of New York

Re:   Enriqueta Mera v. Bertha Santiago, et al.
      Case No.: 07 CV 6069

Your Honor:

    In reviewing my calendar for this week, I see that there is a <u>final pre-trial conference scheduled in this case for Wednesday, March 19, 2008 at 4:30 pm</u>. It appears that this date was probably set in error because the existing scheduling order provides for pre-trial submissions in July. I also note that the discovery cut-off date, which has never been extended, is set for June 30, 2008. I have spoken to my adversary, and he agrees that this appears to be in error, and he consents to the date being adjourned. Since the joint pre-trial submissions are currently due on July 31, 2008, and I anticipate that your honor will set the case for trial on that date, I would request that the final pre-trial be set in early September, due to the difficulties in contacting expert witnesses in August.

Respectfully,
Law Office of William Cafaro

William Cafaro
(WC 2730)
Attorney for Plaintiff

cc:   Lester, Schwab, Katz & Dwyer
      Attn: Curt Shine
      By Facsimile to (212) 267-5916

*[Handwritten annotation: Request denied. There was no scheduling error and the conference will go forward as scheduled.]*

*[Handwritten: So Ordered, [signature], USDJ 3/17/08]*