UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ________
DATE FILED: 05/29/08

---------------------------------------------------------------X

ENRIQUETA MERA, :

:

Plaintiff,

:

-against-

: ORDER
07 Civ. 6069 (SAS)(KNF)

BERTHA SANTIAGO, Individually and as the
Prospective Fiduciary of the Estate of :
LUIS SANTIAGO, Deceased,

:

Defendant.

---------------------------------------------------------------X

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE

The settlement conference scheduled previously for June 2, 2008, at 10:30 a.m., is canceled. It shall be held on June 25, 2008, at 10:30 a.m., in courtroom 20A, 500 Pearl St., New York, New York.

Dated: New York, New York
May 28, 2008

SO ORDERED:

Kevin Nathaniel Fox

KEVIN NATHANIEL FOX
UNITED STATES MAGISTRATE JUDGE