**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------- X

**ENRIQUETA MERA,**

                  **Plaintiff,**

  **- against -**

**BERTHA SANTIAGO, Individually and as**
**the Prospective Fiduciary of the Estate of**
**LUIS SANTIAGO, Deceased,**

                **Defendant.**

------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/3/08

**ORDER OF**
**DISMISSAL**

**07 Civ. 6069 (SAS)**

**SHIRA A. SCHEINDLIN, U.S.D.J.:**

      The parties having notified the Court that they have reached a resolution of

this action,

      IT IS HEREBY ORDERED that this action be, and the same hereby is,

discontinued with prejudice but without costs; provided, however, that within thirty

days of the date of this Order, counsel for plaintiff may apply by letter for restoration of

the action to the calendar of the undersigned if the settlement is not effected, in which

1

event the action will be restored.

SO ORDERED:

Shira A. Scheindlin
U.S.D.J.

Dated:       New York, New York
             July 2, 2008

## - Appearances -

**For Plaintiff:**

William Cafaro, Sr., Esq.
Law Offices of William Cafaro
19 West 44th Street
Suite 1500
New York, NY 10022
(212) 583-7400
Fax: (212) 583-7401

**For Defendant:**

Noah Reid Katz, Esq.
Lester, Schwab, Katz and Dwyer LLP
120 Broadway
New York, NY 10271
(212) 964-6611
Fax: (212) 267-5916