UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ENRIQUETA MERA,

Plaintiff,

-against-

BERTHA SANTIAGO, Individually and as Prospective
Fiduciary of the Estate of LUIS SANTIAGO, Deceased,
Defendant.

CASE NO. 07 CV 6069

**STIPULATION OF SETTLEMENT**

It is hereby stipulated by and between the parties, by their respective attorneys of record, that the matter above captioned be and hereby is settled in the amount of $550,000 (Five Hundred Fifty Thousand and 00/100 Dollars), all of which is allocated to pain and suffering, to be paid by Tower Insurance Company on behalf of its insured, defendant Bertha Santiago, Individually and in her capacity as the Executrix of the Last Will and Testament of Luis Santiago, Deceased. The plaintiff shall, contemporaneously with the execution of this stipulation, furnish the defendant with a general release in favor of Bertha Santiago in both of the aforesaid capacities, and the defendant shall make payment thereon within the time provided for in CPLR Sec. 5003-a. The plaintiff agrees to hold the defendant and the insurer harmless from all liens. The parties consent to the entry of a 30 day order of dismissal, after which the action shall be dismissed with prejudice, and without costs to either party, except that both parties shall maintain responsibility for the payment of the other party's experts for deposition time, and Tower shall reimburse Mr. Cafaro $1,500 for Mr. Laboy's deposition fee which he advanced, and all of the foregoing shall be paid prior to the expiration of the 30 day period provided for in the dismissal order.

Dated:    New York, New York
          July 3, 2008

By: William Cafaro (WC2730)
LAW OFFICE OF WILLIAM CAFARO
Attorneys for Plaintiff
19 West 44th St., Ste 1500
New York, NY 10036
(212) 583-7400

By: Richard Eniclerico (RE1406)
LESTER SCHWAB KATZ & DWYER
Attorneys for Defendant
120 Broadway
New York, NY 10271
(212) 964-6611

SO ORDERED: _____

Hon. Shira A. Sheindlin, U.S.D.J.    7/16/08