# LAW OFFICES OF WILLIAM CAFARO

*William Cafaro, Esq.*
ADMITTED IN NY, CA, MD & TX

19 West 44th Street, Suite 1500
New York, New York 10036
Telephone: 212.583.7400
Facsimile: 212.583.7401
Email: bcafaro@cafaroesq.com

*Steven M. Pivovar*
*Of Counsel*
Email: spivovar@cafaroesq.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/1/08

August 1, 2008

RECEIVED CHAMBERS OF
AUG    2008
JUDGE SCHEINDLIN

By Facsimile to (212) 805-0475
Hon. Shira Scheindlin
United States District Court of
The State of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl St., Rm 1620
New York, NY 10007

Re:   Enriqueta Mera v. Bertha Santiago, et al.
      Civil No.: 07 CV 6069

Your Honor:

As I indicated to your law secretary today, today is the last weekday of the 30 day dismissal period in the above referenced matter, and the settlement has not yet been effected, but I have no reason to believe that this will become an issue. To give the parties an opportunity to finalize the remaining items, I am accordingly requesting a one week extension of the 30 day order of dismissal.

Respectfully,
Law Office of William Cafaro

William Cafaro
(WC 2730)
Attorney for Plaintiff

cc:
Richard Eniclerico
Lester, Schwab, Dwyer & Katz
(212) 267-5916

David Mercado
Tower Insurance Company
(631) 465-1425

*Plaintiff's request is granted. The time for this action to be restored to the calendar is extended to August 8, 2008.*

SO ORDERED:

*[signature]*
Shira A. Scheindlin
U.S.D.J.

Dated: New York, New York
August 1, 2008