

# LAW OFFICES OF WILLIAM CAFARO

**William Cafaro, Esq.**
ADMITTED IN NY, CA, MD & TX

19 West 44th Street, Suite 1500
New York, New York 10036
Telephone: 212.583.7400
Facsimile: 212.583-7401
Email: bcafaro@cafaroesq.com

*Steven M. Pivovar*
*Of Counsel*
Email: spivovar@cafaroesq.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/11/08

August 8, 2008

RECEIVED
CHAMBERS OF
AUG 08 2008
JUDGE SCHEINDLIN

By Facsimile to (212) 805-7920
Hon. Shira Scheindlin
United States District Court
500 Pearl St., Rm 1620
New York, NY 10007

Re:   Enriqueta Mera v. Bertha Santiago, et al.
      Civil No.: 07 CV 6069

Your Honor:

Today is the last day of the time provided in the dismissal order in the above referenced matter. The settlement has been paid, but expert's fees for depositions are still outstanding. To give the parties an opportunity to finalize the remaining items, I am accordingly requesting a one week extension of the 30 day order of dismissal. This period has been extended once previously for a one week period. I have no doubt that an additional week will be sufficient to close this out.

Respectfully,
Law Office of William Cafaro

William Cafaro (WC 2730)
Attorney for Plaintiff

cc: Richard Eniclerico
Lester, Schwab, Dwyer & Katz
By Facsimile to (212) 267-5916

David Mercado
Tower Insurance Company
By Facsimile to (631) 465-1425

*The parties may restore the case to the calendar by Aug 15, 2008.
So Ordered
[signature] USDJ
8/8/08*